FRANCINE ZEPEDA, Bar # 091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 83721-2226
Telephone: (559) 487-5561
Francine_Zepeda@fd.org

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN TONAY FERGUSON,<br><br>　　　　　Defendant. | No. 08-CR-0116-LJO<br><br>APPLICATION FOR ORDER TO DISCLOSE DOMOSANIES DUVALL SLAUGHTER'S PRESENTENCE REPORT AND PSYCHIATRIC EVALUATION DOCUMENTS UNDER PROTECTIVE ORDER; PROPOSED ORDER<br><br>Hon. Lawrence J. O'Neill |

　　　　Defendant Juwan Tonay Ferguson, through counsel, hereby applies for an order for disclosure of the defendant Domosanies Duvall Slaughter's presentence report and psychiatric evaluations in C.D. Cal. No. 02-CR-01122-FMC under an appropriate protective order for the reasons set forth herein.

　　　　On March 1, 2004, the district court for the Central District of California sentenced defendant Slaughter to 114 months imprisonment in C.D. Cal. No. CR 02-CR-01122-FMC.  Before Mr. Slaughter was convicted, a forensic psychiatric evaluation was prepared by the staff at the Federal Medical Center at Butner, NC, and submitted to the court there. Mr. Slaughter was represented by Assistant Federal Defender Firdaus F. Dordi.  While

serving his sentence of imprisonment, Mr. Slaughter died at Doctors Hospital in Modesto, California on August 8, 2006. In the instant case, defendant Ferguson is charged with first-degree murder for the killing of Slaughter while both were in custody at USP Atwater.

Mr. Ferguson hereby applies for an order that the Central District Federal Defender's Office be directed to provide a copy of Mr. Slaughter's presentence report and psychiatric evaluation documents in the above-captioned case to Mr. Ferguson's counsel. Presentence reports and psychiatric evaluations are confidential documents subject to disclosure upon a showing that disclosure will "serve the ends of justice." *United States v. Schlette*, 842 F.2d 1574, 1581 (9th Cir. 1988). In this case, limited disclosure of Mr. Slaughter's presentence report and psychiatric evaluations are necessary for use in preparation of Mr. Ferguson's defense and as mitigation to a potential capital punishment. Assistant U.S. Attorney Dawrence W. Rice, Jr., has no objection to this request. Mr. Ferguson's counsel has agreed to give Mr. Rice a copy of the requested materials.

Mr. Slaughter's former counsel, Assistant Federal Defender Firdaus F. Dordi, takes no position and leaves the matter to the Court. He has agreed to provide the requested documents to Mr. Ferguson's counsel if directed to by the Court. A proposed limited disclosure order for Mr. Slaughter's presentence report, forensic psychiatric report, and related materials is attached to this application.

Respectfully submitted,

Dated: July 15, 2008

/s/ John Balazs
John Balazs
Francine Zepeda

Attorneys for Defendant
Juwan Tonay Ferguson

FRANCINE ZEPEDA, Bar # 091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 83721-2226
Telephone: (559) 487-5561
Francine_Zepeda@fd.org

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-CR-0116-LJO |
| ) | |
| Plaintiff, ) | ORDER FOR DISCLOSURE OF PRESENTENCE REPORT AND PSYCHIATRIC EVALUATION DOCUMENTS UNDER PROTECTIVE ORDER |
| v. ) | |
| JUWAN TONAY FERGUSON, ) | |
| Defendant. ) | Hon. Lawrence J. O'Neill |

For the reasons set forth in the attached application for order, the Court finds that limited disclosure of Domosanies Duvall Slaughter's presentence report and psychiatric evaluation documents in *United States v. Slaughter*, C.D. Cal. No. 02-CR-01122-FMC would serve the interest of justice. The Central District Federal Defender's Office is directed to provide a copy of Mr. Ferguson's presentence report, including any attachments, and drafts, to Mr. Ferguson's counsel for use in Mr. Ferguson's case. The Federal Defender's Office also is directed to provide a copy of any psychiatric evaluation and all materials in its possession that counsel submitted to, or are known to have been reviewed by, the Butner Federal Medical Center staff in connection with its forensic

1  psychiatric evaluation of Mr. Slaughter in C.D. Cal. No. 02-CR-01122-FMC, including all
2  of the following materials: (1) psychiatric evaluation, dated 3/17/03, prepared by Saul J.
3  Faerstein, M.D.; (2) medical records from St. Joseph's Medical Center, dated 4/09/02 to
4  4/11/02; (3) Psychiatric consultation, dated 11/8/02, prepared by J.Leonard, M.D.; (4)
5  records from Stockton Unified School District 1982 through 1996; (5) two memoranda,
6  dated 10/06/02, prepared by SA Susan Hall, outlining the bank robberies of 10/02/02 and
7  10/08/02; and (6) six FBI Reports of Investigation, dated from May to October 2002,
8  prepared by SA Cotton, SA Hall, and SA Ruiz.

9      All materials provided to Mr. Ferguson's counsel under this order are disclosed
10 subject to a protective order permitting counsel to disclose the report only to government
11 counsel and Mr. Ferguson's investigators and other support staff in connection with their
12 defense of Mr. Ferguson in E.D.Cal. No. 08-00116-LJO.

13     IT IS SO ORDERED.

14 **Dated:   July 16, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE