DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant/Petitioner
JUWAN FERGUSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   1:08-cr-00116 LJO |
| Plaintiff, | ORDER RELIEVING OFFICE OF FEDERAL DEFENDER AND APPOINTING JOHN P. BALAZS AS COUNSEL OF RECORD FOR DEFENDANT |
| v. | |
| JUWAN FERGUSON, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY ORDERED** that the Office of the Federal Defender is hereby relieved and John P. Balazs is hereby appointed as counsel of record to represent Juwan Ferguson in the above-referenced proceedings.

**[Proposed] ORDER** Relieving Office of Federal Defender and
Appointing John P. Balazs as Counsel of Record for Defendant IT IS SO ORDERED.

**Dated:    January 23, 2009**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE