1  JOHN BALAZS, Bar No. 157287
   Attorney at Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  JUWAN TONAY FERGUSON

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) No. CR-F 08-116 LJO
                                       )
12           Plaintiff,                 ) **APPLICATION AND ORDER FOR**
                                       ) **WRIT OF HABEAS CORPUS AD**
13     v.                               ) **TESTIFICANDUM**
                                       )
14                                      )
   JUWAN TONAY FERGUSON,               )
15                                      )
             Defendant.                 )
16 _____ )

17         COMES NOW the defendant JUWAN TONAY FERGUSON by his attorney John

18 Balazs, and represents and shows:

19         That there is now confined in FCI Terre Haute, Federal Correctional Institution,

20 4200 Bureau Road North, Terre Haute, IN 47808, (812) 238-1531; fax (812)-238-3301,

21 one ALEX SAMARO, Reg. No. 15740-097, in the custody of the Warden thereof; that

22 said prisoner is a necessary, material, and competent witness in the proceeding before the

23 above-entitled U.S. District Court, 2500 Tulare Street, Courtroom 4, Fresno, California, on

24 July 6, 2009, at 8:30 a.m.; and that in order to secure the attendance of said prisoner at the

25 proceeding, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued

26 commanding said Warden to produce said prisoner in said U.S. District Court, Federal

27 Courthouse, 2500 Tulare Street, Courtroom 4, Fresno, California, on said time and date, in

28 order that said prisoner may respond to and answer such questions as may be propounded

to him during the jury trial in said case.

WHEREFORE, petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum, under the seal of this Court, commanding said Warden, to produce said prisoner in said prison to testify in the Fresno United States District Court on said date and time, and there to respond to and answer such questions as may be propounded to him during the course of the evidentiary hearing in the above-entitled case; and at the termination of said proceeding to return him forthwith to said above-mentioned institution.

Dated: May 20, 2009

Respectfully submitted,

/s/ John Balazs
Attorney for Defendant
JUWAN TONAY FERGUSON

# **O R D E R**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate ALEX SAMARO, Reg. No. 15740-097, to testify in United States District Court, 2500 Tulare Street, Fresno, California on July 6, 2009, at 8:30 am., and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The Warden is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** **The Warden of FCI Terre Haute, Federal Correctional Institution, 4200 Bureau Road North, Terre Haute, IN 47808**

**WE COMMAND** you to produce the inmate ALEX SAMARO, Reg. No. 15740-097 to testify before the United States District Court, Federal Courthouse, 2500 Tulare Street, Fresno, California, on July 6, 2009, at 8:30 a.m. and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ. IT IS SO ORDERED.

**Dated:   May 20, 2009**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE