JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
JUWAN TONAY FERGUSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUWAN TONAY FERGUSON,<br><br>    Defendant. | No. 08-CR-00116-LJO<br><br>STIPULATION AND ORDER<br><br>**SENTENCING:**<br>Date:  October 8, 2009<br>Time:  9:00 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant Juwan Tonay Ferguson, through counsel, and the United States, through its counsel, hereby stipulate and request that the sentencing hearing in this case be continued from October 2, 2009 to **October 8, 2009, at 9:00 a.m.** as follows:

| | |
|---|---|
| Objections due to probation and AUSA: | September 17, 2009 |
| Objections filed with Court and Served: | October 1, 2009 |
| Sentencing Hearing: | October 8, 2009, 9:00 a.m. |

Defense counsel John Balazs requests this continuance so that he may attend an all-day federal habeas corpus training seminar presented by the Federal Defender's Office in

1  Sacramento on October 2, 2009.  The probation officer has been informed of this request
2  and has no objection.

3                                              Respectfully submitted,
4       Dated:  September 8, 2009

5                                              /s/ John Balazs
                                               John Balazs
6                                              Marc Days, Assistant Federal Defender

7                                              Attorneys for Defendant
                                               Juwan Tonay Ferguson
8

9                                              LAWRENCE G. BROWN
                                               Acting U.S. Attorney
10      Dated: September 8, 2009

11
                                         By:   /s/ Dawrence W. Rice
12                                             Dawrence W. Rice
                                               Assistant U.S. Attorney
13

14

15
                                  ORDER
16                            IT IS SO ORDERED.

17      **Dated:   September 8, 2009          /s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE
18

2