UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUWAN TONAY FERGUSON,<br><br>　　　　　Defendant, | 1:08-CR-00116 LJO<br><br>ORDER ON REMAND FOR TRANSPORTATION;<br>NOTICE OF RESENTENCING |

　　　Pursuant to the recent decision by the Ninth Circuit, IT IS HEREBY ORDERED that:

　　　1. The United States Marshal is to transport the above-named defendant to the courtroom of U.S. District Judge Lawrence J. O'Neill for the purpose of resentencing at the time indicated below;

　　　2. Counsel and the Defendant be present for the resentencing which will occur on June 24, 2011 at 8:30am.

IT IS SO ORDERED.

**Dated:   April 12, 2011**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1